ANTHONY J. ORSHANSKY (SBN 199364)
anthony@counselonegroup.com
JUSTIN KACHADOORIAN (SBN 260356)
justin@counselonegroup.com
P. BARTHOLOMEW QUINTANS (SBN 308085)
bart@counselonegroup.com
**COUNSELONE, PC**
9465 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212
Telephone: (310) 277-9945
Facsimile:  (424) 277-3727

Attorneys for Plaintiff Thomas Jenkins, on behalf of himself and on behalf of all similarly situated individuals

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JENKINS, on behalf of himself and on behalf of all similarly situated individuals,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-01056-MWC-AJR<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(a)(ii)**<br><br>([Proposed] Order re: Dismissal filed concurrently herewith) |

**STIPULATION OF DISMISSAL**

The undersigned counsel for Plaintiff Thomas Jenkins ("Plaintiff") and Defendant City of Los Angeles ("Defendant") (together, the "Parties") inform the Court that the Parties have reached an individual settlement in this matter, including an agreement to dismiss the class, collective and representative action claims.

Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), the Parties agree to and request the dismissal of the entire action **with prejudice** as to any and all claims and right to recovery of Plaintiff in his individual capacity, and **without prejudice** as to any claims on behalf of any putative class, collective, or other third-party aggrieved employees.

The Parties further request that the Court retain jurisdiction over this action for a period of one hundred and eighty (180) days to ensure completion of all settlement terms, pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994); *see also, e.g.*, *Covves, LLC v. Target Brands, Inc*., No. 21-55077, 2022 WL 193208, at *1 (9th Cir. Jan. 21, 2022).  A proposed order is being concurrently filed and submitted to Chambers for the Court's consideration.

///
///
///
///
///
///
///
///
///
///
///
///

2

**STIPULATION OF DISMISSAL**

1   Dated:  May 14, 2025            **COUNSELONE, PC**

2

3                                   By: _/s/ Anthony J. Orshansky_____
                                    Anthony J. Orshansky

4                                   Justin Kachadoorian
                                    P. Bartholomew Quintans

5

6                                   Attorneys for Plaintiff Thomas Jenkins, on behalf of
                                    himself and on behalf of all similarly situated

7                                   individuals

8

9   Dated:  May 14, 2025            HYDEE FELDSTEIN SOTO, City Attorney

10                                  DENISE C. MILLS, Chief Deputy City Attorney
                                    SCOTT MARCUS, Chief Assistant City Attorney

11                                  ANETA FREEMAN, Managing Assistant City
                                    Attorney

12                                  **BRIAN LEVINE, Deputy City Attorney**

13                                  MARY J. HANNA, Deputy City Attorney

14

15                                  By*:* _/s/ Brian Levine_____

16                                  **BRIAN LEVINE**
                                    Attorneys for Defendant, **CITY OF LOS**

17                                  **ANGELES**

18

19

20                                  **Signature Attestation**

21          I hereby attest that all other signatories listed, and on whose behalf this filing

22   is submitted, concur in the filing's content and have authorized this filing.

23

24                                  By: _/s/ Anthony J. Orshansky_____
                                    Anthony J. Orshansky, Esq.

25

26

27
                                    3
28                        **STIPULATION OF DISMISSAL**