**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS JENKINS, on behalf of himself and on behalf of all similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-01056-MWC-AJR<br><br>**ORDER RE: DISMISSAL (DKT. 59) JS-6** |

1 | The Court approves the Parties' Notice of Settlement and Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), as follows:

The Court dismisses the entire action, with prejudice as to Plaintiff Thomas Jenkins' individual claims, and without prejudice as to any class, collective, or representative action claims;

The Court expressly retains jurisdiction over this matter for a period of one hundred and eighty (180) days to ensure completion of all settlement terms, pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994); and

The Court vacates all pending dates and deadlines in this matter and directs the Clerk to close this case.

**IT IS SO ORDERED.**

Dated: May 15, 2025

By: _____
Hon. Michelle Williams Court
United States District Judge